United States District Court
Southern District of Texas
**ENTERED**
November 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | MJ ACTION NO. 2:25-MJ-00714 |
| § | |
| VICTOR NUEVO, JR. § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is probable cause to believe the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841(b)(1)(B); and

(2) The defendant has not rebutted the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

The evidence against the defendant meets the probable cause standard and the weight of the evidence is strong. Additionally, the defendant was on pretrial diversion for a state offense at the time of the commission of the instant offense. The most basic condition of any pretrial diversion program is that the accused must not commit new law violations. Because the evidence meets the probable cause standard in the instant case, it

appears the defendant was either unable or unwilling to comply with the conditions of the program. Further, the defendant has not submitted a suitable release plan. The findings and conclusions contained in the Pretrial Services Report are adopted. However, as the undersigned indicated on the record, the defense may be able to present a suitable release plan, thus, defense counsel may move to reopen the detention hearing if she believes she has a viable release plan to present to the Court.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on November 25, 2025.

Jason B. Libby
United States Magistrate Judge